USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X
PERRY A. GRUSS,

    Plaintiff and Counterclaim-
    Defendant,

    v.

D.B. ZWIRN & CO., L.P. and D.B. ZWIRN
PARTNERS, LLC,

    Defendants and Counterclaim-
    Plaintiffs,

    - and -

DANIEL B. ZWIRN,

    Defendant.
------------------------------------------------------ X

09 CV 6441 (PGG)
(ECF CASE)

STIPULATION AND ~~PROPOSED~~ ORDER
OF RULE 41 DISMISSAL
WITH PREJUDICE

    Plaintiff and Counterclaim-Defendant Perry A. Gruss; Defendants and Counterclaim-Plaintiffs D.B. Zwirn & Co., LP and D.B. Zwirn Partners, LLC; and Defendant Daniel B. Zwirn, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that all of the parties' claims in this action shall be dismissed with prejudice in their entirety, each party to bear its own costs and attorneys' fees.

Dated: November 10, 2014

_____
Nathaniel H. Akerman

DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019
(212) 415-9217

*Counsel for Plaintiff and Counterclaim-Defendant Perry A Gruss*

_____
Alan Levine
Genevieve York-Erwin
COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6260

*Counsel for Defendants and Counterclaim-Plaintiffs D.B. Zwirn & Co., LP and D.B. Zwirn Partners, LLC*

_____
John S. Siffert
Daniel E. Reynolds
LANKLER, SIFFERT & WOHL LLP
500 Fifth Avenue
New York, New York 10110
(212) 921-8399

*Counsel for Defendant Daniel B. Zwirn*

The Clerk of the Court is directed to close this case.

Dated: New York, New York
November 10, 2014

SO ORDERED

_____
Paul G. Gardephe
United States District Judge

2